AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
OCT 08 2021
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21 MJ 138 |
| | ) | |
| Jonathan Toebbe and Diana Toebbe | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/01/2020 - 10/09/2021__ in the county of __Jefferson County__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 USC § 2274(a) | Conspiracy to Communicate Restricted Data |
| 42 USC § 2274(a) | Communication of Restricted Data |

This criminal complaint is based on these facts:
See attached Affidavit (incorporated by reference).

☑ Continued on the attached sheet.

_____
Complainant's signature

Justin Van Tromp, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/08/2021__

_____
Judge's signature

City and state: __Martinsburg, WV__    Robert W. Trumble, United States Magistrate Judge
Printed name and title